

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00178-CV

James W. **LANDESS**,
Appellant

v.

Veronica Bosque Landess **MCGLOHN**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI19372
The Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We further ORDER that appellee Veronica Bosque Landess McGlohn recover any costs incurred in this appeal from appellant James W. Landess.

SIGNED June 27, 2018.

_____
Luz Elena D. Chapa, Justice